| Form **4564** (Rev. September 2006) | Department of the Treasury -- Internal Revenue Service<br>**Information Document Request** | Request Number<br>0001 |
|---|---|---|
| To: (Name of Taxpayer and Company Division or Branch)<br>Medicinal Wellness Center LLC<br><br>*Please return Part 2 with listed documents to requester identified below* | Subject<br>IDR #1 | |
| | SAIN number | Submitted to: |
| | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201412

The information requested below pertains to the examination of Form 1065, U.S. Partnership Income Tax Return for the tax year ending December 31, 2014. It is important that you have the following information available for our appointment 6/21/2017:

1. Articles of organization or partnership agreement with all amendments.
2. Reconciliation of books and records to the tax return.
3. Reconciliation of point-of-sales to accounting system.
4. Profit & Loss, Balance Sheet and General Ledger (If Intuit's *QuickBooks* or Sage's *PeachTree* is used, please provide a copy of the *QuickBooks* (.qbb) or *PeachTree* (.ptb) backup file rather than printed records.).
5. Depreciation schedule or worksheets used for the 2014 tax return.
6. Working Trial Balance used to prepare the 2014 tax return. Adjusting journal entries used to prepare the 2014 tax return.
7. Cash Receipts/Expenditures ledger or other records maintained reconciling cash.
8. Invoices and receipts for all income and expenses available for sampling.
9. Bank and merchant account statements for all corporate accounts for the period 12/01/2013 through 1/31/2015.
10. Year-end bank reconciliation reconciling corporate accounts to tax return balance sheet.
11. Copy of point-of-sale system/register Z-journal or point-of-sales annual sales report for tax year 2014 reflecting daily sales accumulation to gross receipts.
12. Complete computation of Cost of Goods Sold, including Beginning and Ending inventory valuations, Cost of Goods Manufactured with Direct Materials, Direct Labor and Indirect Production Cost source pursuant to Regulation 1.471-11.
13. Beginning and ending inventory counts/quantities for all products (including marijuana product (grown and wholesale), infused products and non-marijuana product types).

Information due by  06/21/2017        At next appointment  [X]   Mail in  [ ]

| From: | Name and Title of Requester<br>Tyler Pringle, Revenue Agent | Employee ID number<br>359746 | Date (mmddyyyy)<br>05/30/2017 |
|---|---|---|---|
| | Office Location:  12600 W. Colfax Ave #C300<br>Mailstop 4127WO-TP<br>Lakewood, CO 80215 | | Phone: 720-956-4654<br>Fax: 888-366-6957 |

Catalog Number 23145K       www.irs.gov       Part 1 - Taxpayer's File Copy       Form **4564** (Rev. 9-2006)

**EXHIBIT 3**

| Form **4564** (Rev. September 2006) | Department of the Treasury -- Internal Revenue Service<br>**Information Document Request** | Request Number<br>0001 |
|---|---|---|
| To: (Name of Taxpayer and Company Division or Branch)<br>Medicinal Wellness Center LLC<br><br>*Please return Part 2 with listed documents to requester identified below* | Subject<br>IDR #1 | |
| | SAIN number | Submitted to: |
| | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201412

14. Copy of licensed premises floor plan showing allocation of retail space square footage between Cost of Goods Sold (product storage) and retail selling space

15. Copies of form 1065 for tax year's ending 12/31/2013.

16. Employment Tax Returns etc., form 940's, 941, W-2's and W-3's along with allocation of wages and payroll taxes between cost of goods sold (production) and retail selling.

17. Copies of Forms 1099 issued to recipients of payments of $600 or more along with allocation of contract labor between cost of goods sold and retail selling.

18. Copy of 2014 Colorado sales tax returns.

19. Complete listing of all marijuana licenses held by Medicinal Wellness Center LLC, Michael Aragon, Judy Aragon, Steven Hickox, and Christopher Sayer during the period 01/01/2014 through 12/31/2014 by license type whether grow, marijuana infused product manufacturing or retail.

20. METRC data as follows:
    a. Copy of METRC Annual Gross Sales Report for 2014.
    b. Copy of METRC Transfer Report for 2014.
    c. Copy of Annual Harvest Report for 2014.
    d. Copy of Monthly Plant Inventory Report for 2014.

As the examination progresses, additional records/information may be requested. If you have any questions or concerns regarding the documents requested, please feel free to call me at the phone number listed below. Thank you for your cooperation.

Information due by   06/21/2017          At next appointment  [X]     Mail in  [ ]

| From: | Name and Title of Requester<br>Tyler Pringle, Revenue Agent | Employee ID number<br>359746 | Date (mmddyyyy)<br>05/30/2017 |
|---|---|---|---|
| | Office Location:   12600 W. Colfax Ave #C300<br>Mailstop 4127WO-TP<br>Lakewood, CO 80215 | | Phone: 720-956-4654<br>Fax: 888-366-6957 |

Catalog Number 23145K       www.irs.gov       Part 1 - Taxpayer's File Copy       Form **4564** (Rev. 9-2006)

**EXHIBIT 3**