| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0002 |
|---|---|---|
| To: *(Name of Taxpayer and Company Division or Branch)*<br>Medicinal Wellness Center LLC | Subject<br>IDR #2 | |
| | SAIN number | Submitted to:<br>Medicinal Wellness Center LLC |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201412

1. All loan documents and information to support all due to/from accounts.
2. Information on the departure of Chris Sayer and how his departure from the LLC was handled.
3. Documentation to support the sale of 19% interest reported on Form 4797 for 2014. Copies of sales agreement, canceled checks, and any other supporting documents related to the sale. Documentation to support the calculation of gross sales price, depreciation allowed, and cost basis reported on Form 4797.
4. All information given to the preparer to create the tax return.
5. Complete set of books that were used in preparation of the tax return.

Information due by  08/16/2017         At next appointment  [X]    Mail in  [ ]

From:

| Name and Title of Requester | Employee ID number | Date (mmddyyyy) |
|---|---|---|
| Tyler Pringle, Revenue Agent | 359746 | 07/27/2017 |
| Office Location:   12600 W. Colfax Ave #C300<br>Mailstop 4127-TP<br>Lakewood, CO 80215 | | Phone: 720-956-4654<br>Fax: 888-366-6957 |

Catalog Number 23145K      www.irs.gov      Part 1 - Taxpayer's File Copy      Form **4564** (Rev. 9-2006)

**EXHIBIT 4**