| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0001 |
|---|---|---|

To: *(Name of Taxpayer and Company Division or Branch)*
Michael A. Aragon & Judy L. Aragon

Subject: IDR #1

SAIN number

Submitted to: Michael A. Aragon & Judy L. Aragon

*Please return Part 2 with listed documents to requester identified below*

Dates of Previous Requests (mmddyyyy)

Description of documents requested
Tax Period(s):   201412; 201512

1. Copy of your 2014 form 1040 federal tax return.
2. All bank statements for both business and personal the period of December 2013 through January 2016.
3. Please provide information on the following entities, including copies of their 2014 and 2015 tax returns, their business purpose and if they are related to or receive or make payments to Medicinal Wellness Center or any other marijuana venture:
    a. MJ Aragon Management Company.
    b. Aragon Moyle Investments LLC.
    c. KMJ Dahlia LLC.
    d. MMJ Investments LLC.
4. For your commercial rental at 2225 S. Valentia St. please provide the following:
    a. Rental or lease agreement active during 2014 and 2015.
    b. Cancelled checks and deposit offsets for the period of December 2013 through January 2016.
    c. Profit and loss, balance sheet and general ledge for 2014 and 2015.
    d. Invoices for income and expenses available for sampling.

Information due by  08/16/2017          At next appointment  [X]     Mail in  [ ]

From:
Name and Title of Requester: Tyler Pringle, Revenue Agent
Employee ID number: 359746
Date (mmddyyyy): 07/27/2017
Office Location: 12600 W. Colfax Ave #C300
Mailstop 4127-TP
Lakewood, CO 80215
Phone: 720-956-4654
Fax: 888-366-6957

Catalog Number 23145K     www.irs.gov     Part 1 - Taxpayer's File Copy     Form **4564** (Rev. 9-2006)

**EXHIBIT 11**