| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0002 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>MICHAEL A ARAGON & JUDY L ARAGON | Subject<br>IDR #2 | |
|---|---|---|
| | SAIN number | Submitted to:<br>MICHAEL A ARAGON &<br>JUDY L ARAGON |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201612

1. All K-1's received for 2016.

2. Please explain why you did not report any income received from any of your flow-through entities for 2016.

| Information due by  11/30/2017 | At next appointment [X]   Mail in [ ] | | |
|---|---|---|---|
| From: | Name and Title of Requester<br>Tyler Pringle, Revenue Agent | Employee ID number<br>1000359746 | Date (mmddyyyy)<br>11/21/2017 |
| | Office Location:   12600 W. Colfax Ave #C300<br>Mailstop 4127-TP<br>Lakewood, CO 80215 | | Phone: 720-956-4654<br>Fax: 888-366-6957 |

Catalog Number 23145K      www.irs.gov      Part 1 - Taxpayer's File Copy      Form **4564** (Rev. 9-2006)

**EXHIBIT 12**