| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0001 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Steven & Suzanne Hickox<br><br>*Please return Part 2 with listed documents to requester identified below* | Subject<br>IDR #1 | |
|---|---|---|
| | SAIN number | Submitted to:<br>Steven & Suzanne Hickox |
| | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201512

1. Calculation of your net operating loss claimed of $159,239. Copies of all prior returns from the creation of the net operating loss to current.

Information due by  08/14/2017       At next appointment  [X]      Mail in [ ]

| From: | Name and Title of Requester<br>Tyler Pringle, Revenue Agent | Employee ID number<br>1000359746 | Date (mmddyyyy)<br>07/27/2017 |
|---|---|---|---|
| | Office Location:   12600 W. Colfax Ave #C300<br>Mailstop 4127-TP<br>Lakewood, CO 80215 | | Phone: 720-956-4654<br>Fax: 888-366-6957 |

Catalog Number 23145K     www.irs.gov     Part 1 - Taxpayer's File Copy              Form **4564** (Rev. 9-2006)

**EXHIBIT 13**