| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0002 |
|---|---|---|

| To: (Name of Taxpayer and Company Division or Branch)<br>Steven Hickox | Subject<br>IDR #2 | |
|---|---|---|
| | SAIN number | Submitted to:<br>Steven Hickox |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201412

1. Basis schedule and support for all loans and capital contributions for Castle Commercial Mortgage.

2. In regards to the bad debt claimed on Schedule C please provide the following:
    a. All correspondence between you, Mr. Jun, and your wife as referenced in your letter.
    b. Support for all payments and deposits made related to the transaction, including amounts loaned and paid back to the bank.
    c. Bank statements for all accounts related to the transaction.
    d. Any other documentation regarding the event to verify the theft and the amount claimed, such as a police report, information provided to the office of disciplinary counsel, etc.

3. Regarding your net operating loss, I will need additional support to verify the amount claimed from Castle Commercial Mortgage Co in 2011 on your Schedule E:
    a. Based on the return provided, I'm not understanding what transpired. Accounts Receivable went from $1.2 Million to zero, Notes Payable went from $200K to $1.1 Million, Loans from Shareholder went down from $1.9 Million to $700K, and a $1 Million loss was claimed for various client properties.  Please provide additional support so that I can verify the loss amount being reported and understand what events transpired to generate the loss including the following:
        i. General ledger, profit and loss statement, and balance sheet for the year 2011.
        ii. Copy of all loan documents, repayment schedules, and support for payments made and received for accounts receivable, notes payable, and loans from shareholder.
        iii. Support for the calculation of loss claimed on F4797 in the amount of $1,041,463.

Information due by   01/16/2018         At next appointment ☐     Mail in ☐

From:
| Name and Title of Requester<br>Tyler Pringle, Revenue Agent | Employee ID number<br>1000359746 | Date (mmddyyyy)<br>12/26/2017 |
|---|---|---|
| Office Location:   12600 W. Colfax Ave #C300<br>Mailstop 4127-TP<br>Lakewood, CO 80215 | | Phone: 720-956-4654<br>Fax: 888-366-6957 |

Catalog Number 23145K     www.irs.gov     Part 1 - Taxpayer's File Copy     Form **4564** (Rev. 9-2006)

**EXHIBIT 14**

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service **Information Document Request** | Request Number 0002 |
|---|---|---|
| To: (Name of Taxpayer and Company Division or Branch) Steven Hickox | Subject IDR #2 | |
| | SAIN number | Submitted to: Steven Hickox |
| Please return Part 2 with listed documents to requester identified below | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201412

> iv. Information and documentation to support why the loans were written off, including what was done to determine the loans would not be repaid, and what actions were taken to attempt to collect on the amounts owed.

Information due by   01/16/2018          At next appointment ☐   Mail in ☐

| From: | Name and Title of Requester Tyler Pringle, Revenue Agent | Employee ID number 1000359746 | Date (mmddyyyy) 12/26/2017 |
|---|---|---|---|
| | Office Location:   12600 W. Colfax Ave #C300 Mailstop 4127-TP Lakewood, CO 80215 | | Phone: 720-956-4654 Fax: 888-366-6957 |

Catalog Number 23145K    www.irs.gov    Part 1 - Taxpayer's File Copy    Form **4564** (Rev. 9-2006)

**EXHIBIT 14**