# THORBURN | WALKER LLC

| | |
|---|---|
| 5460 South Quebec Street, Suite 310 | Telephone (303) 646-3482 |
| Greenwood Village, Colorado 80111 | Facsimile (303) 325-3489 |
| Website *www.thorburnwalker.com* | E-Mail jthorburn@thorburnwalker.com |

January 11, 2018

**VIA FACSIMILE**

Tyler Pringle
Internal Revenue Agent
12600 W. Colfax Ave #C300
Mailstop 4127-TP
Lakewood, Colorado 80215
1-888-366-6957 (fax)

      RE:   Medicinal Wellness Center, Medicinal Oasis, and Michael & Judy Aragon Audits

Dear Mr. Pringle,

     It has become clear through the course of the audits that you are trying to determine whether 26 U.S.C. Section 280E applies to the case at hand. We understand that a substantial portion of your inquiry is whether the Taxpayer "purchased or sold marijuana".

     We are certain that you are aware that the evidence you are demanding of the growing/selling of marijuana would be the same evidence that would "convict overwhelmingly" under federal criminal drug laws should this information be shared with the Department of Justice and prosecution ensue. Nevertheless, you are demanding this potentially incriminating information purportedly to determine the correct tax. Our understanding of 26 U.S.C. Section 6103 would make this information available to the Department of Justice for the asking. Under these circumstances, the Taxpayer must either decide to forego Fifth Amendment privilege or produce potentially incriminating evidence.

     In order to resolve this issue, in accordance with *Marchetti v. United States,* 390 U.S. 39 (1968) and *Counselman v. Hitchcock,* 142 U.S. 547 (1892)*,* we request that the government provide the Taxpayer with absolute immunity from prosecution under federal criminal drug laws. It is only in this manner can the government compel the information you are seeking. If absolute immunity is not granted to the Taxpayer, there will be a full claim of Fifth Amendment privilege.

**EXHIBIT 16**

   Please respond as soon as possible, but no later than ten days after the date of this letter. Thank you.

           Best,

           */s/ James Thorburn*
           James Thorburn
           Attorney at Law
           Thorburn Walker LLC
           5460 S. Quebec Street, Suite 310
           Greenwood Village, Colorado 80111
           (303) 646-3482
           jthorburn@thorburnwalker.com

**EXHIBIT 16**