IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-MC-00031

Medicinal Wellness Center, LLC, a
Colorado limited liability company;
Medicinal Oasis, LLC, a Colorado limited
liability company; Michael Aragon, an
individual; Judy Aragon, an individual;
Steven Hickox, an individual,

Petitioners,

v.

UNITED STATES OF AMERICA,
through its agency the INTERNAL
REVENUE SERVICE,

Respondent.

_____

# DECLARATION OF JUDY ARAGON
_____

Pursuant to 28 U.S.C. §1746, Judy Aragon makes the following declaration:

1. I am Judy Aragon, Partner at Medicinal Wellness Center, LLC ("Medicinal Wellness Center") and Medicinal Oasis, LLC ("Medicinal Oasis"). Both are Colorado limited liability companies in good standing, and I am authorized to speak on behalf of Medicinal Wellness Center and Medicinal Oasis in the above-referenced matter.

2. I have personal knowledge of the facts stated herein.

3. I understand that this Declaration will be submitted to the Court in support of the Petitioners' Petition to Quash.

4. On or about May 30, 2017, I received an Information Document Request for 2014 documents for Medicinal Wellness Center. The auditor, Tyler Pringle, requested a variety of items,

including the following METRC data: a copy of a METRC Annual Gross Sales Report for 2014; a copy of a METRC Transfer Report for 2014; a copy of an Annual Harvest Report for 2014; and a copy of a Monthly Plant Inventory Report for 2014.

5. On or about July 27, 2017, Mr. Pringle issued two additional document requests to Medicinal Wellness Center, requesting additional 2014 documents as well as 2015 documents. A similar request was made to Michael Aragon and myself on or about July 27, 2017, and Medicinal Oasis on or about August 21, 2017.

6. On or about December 12, 2017, Mr. Pringle issued a fourth document request to Medicinal Wellness Center, requesting additional 2014 and 2015 documents. A similar request was made to Medicinal Oasis on or about December 12, 2017.

7. On or about November 21, 2017, Mr. Pringle issued another document request to Michael Aragon and myself requesting 2016 documents.

8. On or about December 27, 2017, Mr. Pringle issued a fifth document request to Medicinal Wellness Center, requesting additional 2014 and 2015 documents, as well as 2016 documents. A similar request was to Medicinal Oasis on or about December 27, 2017.

9. On or about October 6, 2017, Mr. Pringle issued a summons to the Colorado Department of Revenue, Marijuana Enforcement Division, for records relating to Medicinal Wellness Center, Medicinal Oasis, Michael Aragon and myself, and Steve Hickox for the period of January 1, 2014 through December 31, 2015.

10. In the summonses at issue, Mr. Pringle requested the following in regard to Medicinal Wellness Center and Medicinal Oasis: (1) Complete listing of all licenses held for the period of January 1 2016 – December 31 2016; (2) Copy of METRC Annual Gross Sales Report for the taxable year ended December 31 , 2016: (3) Copy of METRIC transfer reports for the

period of 1/1/2016 - 12/31/2016; (4) Copy of METRIC annual harvest reports for the period of 1/1/2016 - 12/31/2016; and, (5) Copy of METRIC monthly plants inventory reports for the period of 1/1/2016 - 12/31/2016."

11. In the individual taxpayer summonses at issue, Mr. Pringle requested a complete listing of all licenses held for the period of January 1, 2016 through December 31, 2016.

12. The requested reports are not documents that are created in the ordinary course of business by Medicinal Wellness Center, Medicinal Oasis, or any of the partners or employees.

13. To my knowledge, these reports are not documents that are ordinarily created by the Marijuana Enforcement Division of the State of Colorado.

14. I have no information to show that these reports were in existence on the date the summons was issued.

15. Myself, Steven Hickox, and Michael Aragon are all asserting the Fifth Amendment privilege.

16. Medicinal Wellness Center, Medicinal Oasis, myself, Steven Hickox and Michael Aragon have fully cooperated with Mr. Pringle and the IRS during the audits.

17. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 12th day of February 2018.

By: _____

Judy Aragon