**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 18-mc-00031-CMA

MEDICINAL WELLNESS CENTER, LLC,
MEDICINAL OASIS, LLC,
MICHAEL ARAGON,
JUDY ARAGON, and
STEVEN HICKOX,

    Petitioner,

v.

UNITED STATES OF AMERICA, Internal Revenue Service,

    Respondent.

---

**ORDER DIRECTING REASSIGNMENT**

---

This matter is before the Court *sua sponte*. In light of the assignment of related cases to district judges, with the approval of Chief Judge Marcia S. Krieger, it is hereby

ORDERED that the Clerk of the Court shall reassign this to Judge Philip A Brimmer. All further filings in this action shall be docketed under Civil Action No. 18-mc-00031-PAB

DATED: February 22, 2018

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge