IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:18-mc-00031-PAB

MEDICINAL WELLNESS CENTER, LLC, a
Colorado Limited Liability Company;
MEDICINAL OASIS, LLC, a Colorado Limited
Liability Company; MICHAEL ARAGON; JUDY
ARAGON; and STEVEN HICKOX,

      Petitioners,

      v.

UNITED STATES OF AMERICA,

      Respondent.

---

**UNITED STATES' UNOPPOSED MOTION TO EXCEED PAGE LIMIT WITH
RESPECT TO MOTION TO DISMISS PETITION AND ENFORCE SUMMONSES**

---

The United States moves the Court for permission to exceed, by five pages, the 15-page

limit applicable to motions, set forth in section III.A. of the Court's Practice Standards.  The

United States seeks this relief with respect to its forthcoming Motion to Dismiss Petition and

Enforce Summonses, which, if the Court permits, will not exceed 20 pages.  Pursuant to

D.C.COLO. LCivR 7.1(b), counsel for the United States has conferred with counsel for

Petitioners, who do not oppose the relief sought here.

In support of this motion, the United States avers as follows:

1.      On February 13, 2018, Petitioners filed their Petition to Quash Summonses.  The

Petition seeks to quash summonses the IRS issued in connection with the audits of businesses

that traffic in marijuana, which is a federally controlled substance, and the businesses' owners.

Petitioners' effort is part of an ongoing campaign to prevent the IRS from enforcing 26 U.S.C.

1

§ 280E, which denies tax deductions associated with trafficking in controlled substances.

2.      The Petition consists of 26 pages.  It makes several arguments in both the factual and argument sections, including statutory, constitutional, and procedural arguments, and cites a variety of cases.  Through these arguments, Petitioners challenge the IRS's broad information-gathering authority under 26 U.S.C. § 7602.  They seek to establish a precedent that would have far-reaching consequences.

3.      The United States thus needs to address each of the arguments Petitioners make. To do so, even in the most succinct manner, through a comprehensive brief including the relevant facts and proper standard, the United States needs an additional five pages beyond the Court's 15-page limit for motions.

WHEREFORE, the United States respectfully requests permission to exceed the 15-page limit by five pages with respect to its forthcoming Motion to Dismiss Petition and Enforce Summonses, which would not exceed 20 pages.

Dated:  April 13, 2018

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

*Of Counsel:*
ROBERT C. TROYER
United States Attorney

*Attorneys for United States of America*

CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018, I filed the foregoing with the Clerk of the Court

using the CM/ECF system, which will provide electronic notice to the following:


James David Thorburn (jthorburn@thorburnwalker.com)
Richard Allan Walker (rwalker@thorburnwalker.com)
Thorburn Walker LLC
5460 South Quebec Street, Suite 330
Greenwood Village, Colorado 80111

*Counsel for Petitioners*


                                        */s/ Charles J. Butler*
                                        CHARLES J. BUTLER
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice