# EXHIBIT A

 **Department of the Treasury**
**Internal Revenue Service**
**[Operating Division / Program Name]**

**Date:**
11/21/2017
**Taxpayer ID number:**

**Form:**
1065
**Tax period:**
201612
**Person to contact:**
Tyler Pringle
**Employee ID number:**
1000359746
**Contact telephone number:**
720-956-4654
**Contact hours:**
8:00AM – 4:30PM
**Contact fax number:**
888-366-6957

Medicinal Wellness Center LLC
2602 S. Linden St.
Denver CO 80222

To whom it may concern:

We've selected your Form 1065, U.S. return of Partnership Income, for examination for the tax period above.

**What you must do**
Call me on or before 12/4/2017 at the telephone number above.

We'll discuss the items I'll be examining on your return, the types of documents you must provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

If the partnership return is subject to the partnership audit procedures under the Tax Equity and Fiscal Responsibility Act of 1982, we'll send most communications, including document requests and conference notifications, only to the Tax Matters Partner responsible for keeping all partners informed of scheduled events and the status of the proceedings. Refer to Treasury Regulation (26 C.F.R.) Section 301.6223(g)-1 for the Tax Matters Partner's responsibilities.

We show the most recently designated Tax Matters Partner is:

Judy L Aragon

If you need to update the information above, send the most current information to the address at the top of this letter. Refer to Treasury Regulation (26 C.F.R.) Section 301.6231(a)(7)-1 for the Tax Matters Partner designation.

**Time sensitive election for partnership tax periods beginning after November 2, 2015, and before January 1, 2018 - 30 days from date of this letter**
The Bipartisan Budget Act of 2015 (BBA) provides new centralized partnership audit procedures that are generally effective for tax years beginning on or after January 1, 2018. Per Treasury Regulation (26 C.F.R.) Section 301.9100-22T, certain partnerships can elect to have the centralized partnership audit procedures enacted by the BBA apply to tax periods beginning after November 2, 2015, and before January 1, 2018. The partnership must make this election within 30 days from the date of this letter. We cannot extend this 30-day period. Once made, the partnership can revoke this election only with the IRS's consent.

Letter 2205-D (4-2017)
Catalog Number 69366Z

To make this election, you can use Form 7036, Election Under Section 1101(g)(4) of the Bipartisan Budget Act of 2015. You can get this form from our website, at www.irs.gov/forms-pubs, or by calling 800-TAX-FORM (800-829-3676). For information regarding eligibility to elect into the centralized partnership audit procedures and for how to make an election (if not using Form 7036), see Treasury Regulation (26 C.F.R.) Section 301.9100-22T.

If you make this election for your taxable year, we'll generally send all communications, including document requests and conference notifications, to the Partnership Representative designated in the election. We'll also send certain notices to you, the partnership, as required by Internal Revenue Code Section 6231, as amended by the BBA.

**Someone can represent you**
You can have someone represent you during any part of this examination. If you want representation, the representative you authorize must complete a Form 2848, Power of Attorney and Declaration of Representative, before we discuss any of your tax matters.

If you choose to have someone represent you, provide the completed Form 2848 by our first appointment. If you won't be present, you can mail or fax the form to me or have your representative provide it at the first appointment. You can get this form from our website, at www.irs.gov/forms-pubs, or by calling 800-TAX-FORM (800-829-3676).

**Your rights as a taxpayer**
To better understand the examination process, review the enclosed Publication 1, Your Rights as a Taxpayer, and Notice 609, Privacy Act Notice. Publication 1 also explains what happens before, during, and after an examination, and provides sources of information. The Taxpayer Bill of Rights included in Publication 1 explains your rights as a taxpayer.

Thank you for your cooperation. I look forward to hearing from you by 12/4/2017.

Sincerely,

Tyler Pringle
Revenue Agent

Enclosures:
Publication 1
Notice 609

 **Department of the Treasury**
**Internal Revenue Service**
**[Operating Division / Program Name]**

**Date:**
11/21/2017

**Taxpayer ID number:**

**Form:**
1065

**Tax period:**
201612

**Person to contact:**
Tyler Pringle

**Employee ID number:**
1000359746

**Contact telephone number:**
720-956-4654

**Contact hours:**
8:00AM - 4:30PM

**Contact fax number:**
888-366-6957

Medicinal Oasis LLC
2602 S. Linden Ct.
Denver CO 80222

To whom it may concern:

We've selected your Form 1065, U.S. return of Partnership Income, for examination for the tax period above.

**What you must do**
Call me on or before 12/4/2017 at the telephone number above.

We'll discuss the items I'll be examining on your return, the types of documents you must provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

If the partnership return is subject to the partnership audit procedures under the Tax Equity and Fiscal Responsibility Act of 1982, we'll send most communications, including document requests and conference notifications, only to the Tax Matters Partner responsible for keeping all partners informed of scheduled events and the status of the proceedings. Refer to Treasury Regulation (26 C.F.R.) Section 301.6223(g)-1 for the Tax Matters Partner's responsibilities.

We show the most recently designated Tax Matters Partner is:

Judy L Aragon

If you need to update the information above, send the most current information to the address at the top of this letter. Refer to Treasury Regulation (26 C.F.R.) Section 301.6231(a)(7)-1 for the Tax Matters Partner designation.

**Time sensitive election for partnership tax periods beginning after November 2, 2015, and before January 1, 2018 - 30 days from date of this letter**
The Bipartisan Budget Act of 2015 (BBA) provides new centralized partnership audit procedures that are generally effective for tax years beginning on or after January 1, 2018. Per Treasury Regulation (26 C.F.R.) Section 301.9100-22T, certain partnerships can elect to have the centralized partnership audit procedures enacted by the BBA apply to tax periods beginning after November 2, 2015, and before January 1, 2018. The partnership must make this election within 30 days from the date of this letter. We cannot extend this 30-day period. Once made, the partnership can revoke this election only with the IRS's consent.

Letter 2205-D (4-2017)
Catalog Number 59386Z

To make this election, you can use Form 7036, Election Under Section 1101(g)(4) of the Bipartisan Budget Act of 2015. You can get this form from our website, at www.irs.gov/forms-pubs, or by calling 800-TAX-FORM (800-829-3676). For information regarding eligibility to elect into the centralized partnership audit procedures and for how to make an election (if not using Form 7036), see Treasury Regulation (26 C.F.R.) Section 301.9100-22T.

If you make this election for your taxable year, we'll generally send all communications, including document requests and conference notifications, to the Partnership Representative designated in the election. We'll also send certain notices to you, the partnership, as required by Internal Revenue Code Section 6231, as amended by the BBA.

**Someone can represent you**
You can have someone represent you during any part of this examination. If you want representation, the representative you authorize must complete a Form 2848, Power of Attorney and Declaration of Representative, before we discuss any of your tax matters.

If you choose to have someone represent you, provide the completed Form 2848 by our first appointment. If you won't be present, you can mail or fax the form to me or have your representative provide it at the first appointment. You can get this form from our website, at www.irs.gov/forms-pubs, or by calling 800-TAX-FORM (800-829-3676).

**Your rights as a taxpayer**
To better understand the examination process, review the enclosed Publication 1, Your Rights as a Taxpayer, and Notice 609, Privacy Act Notice. Publication 1 also explains what happens before, during, and after an examination, and provides sources of information. The Taxpayer Bill of Rights included in Publication 1 explains your rights as a taxpayer.

Thank you for your cooperation. I look forward to hearing from you by 12/4/2017.

Sincerely,

Tyler Pringle
Revenue Agent

Enclosures:
Publication 1
Notice 609

# EXHIBIT B



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, D.C. 20224**

**Date:** 11/21/2017

**Person to Contact:** Tyler Pringle
**Employee ID Number:** 0359746
**Address:** 12600 W. Colfax Ave #C300
Lakewood CO 80215
**Refer Reply to:** Mailstop 4127-WO TP
**Telephone Number:** (720) 956-4654
**Fax Number:** (888) 366-6957

Michael A. & Judy L. Aragon
2602 S. Linden Ct.
Denver CO 80222

**Date of Appointment:** 11/30/2017
**Tax Years:** 2014, 2015, 2016

Dear Michael and Judy Aragon:

Because it appears that the same issues exist in your 2016 return, the scope of our examination has been expanded to cover the subsequent year. In order for us to verify the items in question, we need to meet with you again, at the time and place shown. I will consider the appointment confirmed if I do not hear from you at least 7 days before the scheduled date. Please contact me at the telephone number shown in the heading of this letter if you have any questions.

Please provide the items listed on the enclosed document request so that we can verify the issues in question. As was stated in our first appointment letter to you, you may have someone represent you during any part of this examination. If you want someone to represent you, please provide me with a completed Form 2848, *Power of Attorney and Declaration of Representative*, or *Form 8821, Tax Information Authorization.*

The law requires taxpayers to substantiate all items affecting their tax liability when requested to do so. If you do not keep this appointment, we will have to proceed on the basis of available information.

If you have questions, please contact me at the number above. Thank you for your cooperation.

Sincerely,

Tyler Pringle
Revenue Agent

Enclosures:
Form 4564



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, D.C. 20224**

**Date:** 12/27/2017

**Person to Contact:** Tyler Pringle
**Employee ID Number:** 0359746
**Address:** 12600 W. Colfax Ave #C300
Lakewood CO 80215
**Refer Reply to:** Mailstop 4127-WO TP
**Telephone Number:** (720) 956-4654
**Fax Number:** (888) 366-6957

Steven Hickox
2680 Hawk Point Ct.
Castle Rock CO 80104

**Form Number:** 1040
**Tax Years:** 2016

Dear Steven Hickox:

Because it appears that the same issues exist in your 2016 return, the scope of our examination has been expanded to cover the subsequent year.

Please provide the items listed on the enclosed document request so that we can verify the issues in question.

The law requires taxpayers to substantiate all items affecting their tax liability when requested to do so. If you do not keep this appointment, we will have to proceed on the basis of available information.

If you have questions, please contact me at the number above. Thank you for your cooperation.

Sincerely,

Tyler Pringle
Revenue Agent

Enclosures:
Form 4564

# EXHIBIT C



# Summons

In the matter of  Medicinal Welnness Center LLC
Internal Revenue Service (Division):  Small Business/Self-Employed
Industry/Area (name or number):  Western Area
Periods: Calendar year ending  December 31 2016.

## The Commissioner of Internal Revenue

To: Colorado Department of Revenue; Marijuana Enforcement Division; ATNN: Julie Postlethwait

At: 1697 Cole Blvd Suite 200 Lakewood, CO 80401

You are hereby summoned and required to appear before  Tyler Pringle
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

1) Complete listing of all licenses held for the period of January 1 2016 - December 31 2016 for Medicinal Wellness Center LLC.
2) Copy of METRC Annual Gross Sales Report for Medicinal Wellness Center LLC for the taxable year ended December 31, 2016.
3) Copy of METRIC transfer reports for the period of 1/1/2016 - 12/31/2016 for Medicinal Wellness Center LLC.
4) Copy of METRIC annual harvest reports for the period of 1/1/2016 - 12/31/2016 for Medicinal Wellness Center LLC.
5) Copy of METRIC monthly plants inventory reports for the period of 1/1/2016 - 12/31/2016, for Medicinal Wellness Center LLC.

## Do not write in this space

Business address and telephone number of IRS officer before whom you are to appear:
12600 W. Colfax Ave #C300; MS:4436TP; Lakewood, Colorado, 80215   Phone- 720-956-4654    eFax- 888-366-6957

Place and time for appearance at  12600 W. Colfax Ave #C300   Lakewood, Colorado, 80215

# IRS

on the ____20th____ day of ____February____ ____2018____ at ____9____ o'clock ____a____ m.
                                                                    *(year)*
issued under authority of the Internal Revenue Code this ____24th____ day of ____January____, ____2018____
                                                                                                    *(year)*

Department of the Treasury
Internal Revenue Service
**www.irs.gov**
Form 2039 (Rev. 12-2008)
Catalog Number 21405J

Signature of issuing officer                     Internal Revenue Agent
                                                 _____
                                                 Title
Signature of approving officer (if applicable)   Group Manager
                                                 _____
                                                 Title

                                        Part C — to be given to noticee



# **Summons**

In the matter of  Medicinal Oasis LLC

Internal Revenue Service (Division):  Small Business/Self-Employed

Industry/Area (name or number):  Western Area

Periods:  Calendar year ending  December 31 2016.

### The Commissioner of Internal Revenue

To:  Colorado Department of Revenue; Marijuana Enforcement Division; ATNN: Julie Postlethwait

At:  1697 Cole Blvd Suite 200 Lakewood, CO 80401

You are hereby summoned and required to appear before  Tyler Pringle
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

1) Complete listing of all licenses held for the period of January 1 2016 - December 31 2016 for Medicinal Oasis LLC.
2) Copy of METRC Annual Gross Sales Report for Medicinal Oasis LLC for the taxable year ended December 31, 2016.
3) Copy of METRIC transfer reports for the period of 1/1/2016 - 12/31/2016 for Medicinal Oasis LLC.
4) Copy of METRIC annual harvest reports for the period of 1/1/2016 - 12/31/2016 for Medicinal Oasis LLC.
5) Copy of METRIC monthly plants inventory reports for the period of 1/1/2016 - 12/31/2016, for Medicinal Oasis LLC.

### Do not write in this space

Business address and telephone number of IRS officer before whom you are to appear:

12600 W. Colfax Ave #C300; MS:4436TP; Lakewood, Colorado, 80215   Phone- 720-956-4654   eFax- 888-366-6957

Place and time for appearance at  12600 W. Colfax Ave #C300  Lakewood, Colorado, 80215

| | | | |
|---|---|---|---|
| **IRS** | on the  20th  day of  February  2018  at  9  o'clock  a  m. | | |

issued under authority of the Internal Revenue Code this  24th  day of  January  ,  2018 .
*(year)*

**Department of the Treasury**
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

Signature of issuing officer

Signature of approving officer *(if applicable)*

Internal Revenue Agent
Title

Group Manager
Title

Part C — to be given to noticee

# EXHIBIT D

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
Colorado DOR - Marijuana Enforced Divi
Street and Apt. No., or PO Box No.
1697 Cole Blvd Suite 200
City, State, ZIP+4®
Lakewood CO 80401

7016 1970 0000 9784 6229

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Colorado Department of Revenue
Marijuana Enforcement Division
Attn: Julie Postlethwait
1697 Cole Blvd Suite 200
Lakewood CO 80401

9590 9402 2008 6123 1789 58

2. Article Number (Transfer from service label)
7016 1970 0000 9784 6229

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
   Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

# EXHIBIT E

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $          Postmark
☐ Certified Mail Restricted Delivery $          Here
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To  Medicinal Wellness Center LLC
Street and Apt. No., or PO Box No.  2602  S. Linden Ct.
City, State, ZIP+4®  Denver  CO  80222

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $          Postmark
☐ Certified Mail Restricted Delivery $          Here
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To  Michael  Aragon
Street and Apt. No., or PO Box No.  2602  S. Linden Ct.
City, State, ZIP+4®  Denver  CO  80222

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instruction

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $          Postmark
☐ Certified Mail Restricted Delivery $          Here
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To  Medicinal Oasis LLC
Street and Apt. No., or PO Box No.  2602  S. Linden Ct.
City, State, ZIP+4®  Denver  CO  80222

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $          Postmark
☐ Certified Mail Restricted Delivery $          Here
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To  Judy  Aragon
Street and Apt. No., or PO Box No.  2602  S. Linden Ct.
City, State, ZIP+4®  Denver  CO  80222

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instruct

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $          Postmark
☐ Certified Mail Restricted Delivery $          Here
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To  Steven  Hickey
Street and Apt. No., or PO Box No.  2630  Hawk  Point  Ct.
City, State, ZIP+4®  Castle Rock  CO  80104

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Medicinal Oasis LLC
2602 S. Linden Ct.
Denver CO 80222

9590 9402 2008 6123 6142 41

2. Article Number (Transfer from service label)
7016 1970 0000 9784 6236

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Andy L Aragon_    ☐ Agent
                     ☐ Addre

B. Received by (Printed Name)    C. Date of Del

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

26
2018

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  Mail
  Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Res Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirma
☐ Signature Confirma Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Rec

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Medicinal Wellness Center LLC
2602 S. Linden Ct.
Denver CO 80222

9590 9402 2008 6123 6142 72

2. Article Number (Transfer from service label)
7016 1970 0000 9784 6250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Andy L Aragon_    ☐ Agent
                     ☐ Addre

B. Received by (Printed Name)    C. Date of Deli

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  all
  all Restricted Delivery
  (over $500)

☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Res Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmati
☐ Signature Confirmati Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Rec

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Aragon
2602 S. Linden Ct.
Denver CO 80222

9590 9402 2008 6123 6143 02

2. Article Number (Transfer from service label)
7016 1970 0000 9784 6281

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Andy L Aragon_    ☐ Agent
                     ☐ Addres

B. Received by (Printed Name)    C. Date of Deliv

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

JAN
26
2018

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  I Mail
  I Mail Restricted Delivery
  .500)

☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Restr Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmatic
☐ Signature Confirmatic Restricted Delivery

PS Form 3811, July 2015 PSN 7630-02-000-9053         Domestic Return Rece

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Judy Aragon
2602 S. Linden Ct.
Denver CO 80222

9590 9402 2008 6123 6142 96

2. Article Number (Transfer from service label)

7016 1970 0000 9784 6274

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addr

B. Received by (Printed Name)   C. Date of De

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Expre
☐ Registered Mail™
☐ Registered Mail R
   Delivery
☐ Return Receipt for
   Merchandise
☐ Signature Confirm
☐ Signature Confirm
   Restricted Delivery

Domestic Return Re

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven Hickox
2680 Hawk Point Ct.
Castle Rock CO 80104

9590 9402 2008 6123 6142 65

2. Article Number (Transfer from service label)

7016 1970 0000 9784 6243

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addre

B. Received by (Printed Name)   C. Date of Deli
                                1-26-

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Expres
☐ Registered Mail™
☐ Registered Mail Res
   Delivery
☐ Return Receipt for
   Merchandise
☐ Signature Confirma
☐ Signature Confirma
   Restricted Delivery

Domestic Return Re

# EXHIBIT F



# Summons

In the matter of   Michael Aragon & Judy Aragon

Internal Revenue Service (Division):   Small Business/Self-Employed

Industry/Area (name or number):   Western Area

Periods:  Calendar year ending  December 31 2016.

## The Commissioner of Internal Revenue

To:  Colorado Department of Revenue; Marijuana Enforcement Division; ATNN: Julie Postlethwait

At:  1697 Cole Blvd Suite 200 Lakewood, CO 80401

You are hereby summoned and required to appear before   Tyler Pringle
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

1) Complete listing of all licenses held for the period of January 1 2016 - December 31 2016 for Michael Aragon and Judy Aragon.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

12600 W. Colfax Ave #C300; MS:4436TP; Lakewood, Colorado, 80215   Phone- 720-956-4654    eFax- 888-366-6957

Place and time for appearance at  12600 W. Colfax Ave #C300   Lakewood, Colorado, 80215

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **IRS** | on the | 20th | day of | February | 2018 | at | 9 | o'clock | a | m. |

issued under authority of the Internal Revenue Code this  24th  *(year)* day of   January   2018
*(year)*

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

Signature of issuing officer

Signature of approving officer (if applicable)

Internal Revenue Agent
                                                Title
Group Manager
                                                Title

Part C — to be given to noticee

# Summons

In the matter of __Steven Hickox__

Internal Revenue Service (Division): __Small Business/Self-Employed__
Industry/Area (name or number): __Western Area__
Periods: __Calendar year ending December 31 2016.__

## The Commissioner of Internal Revenue

To: __Colorado Department of Revenue; Marijuana Enforcement Division; ATNN: Julie Postlethwait__

At: __1697 Cole Blvd Suite 200 Lakewood, CO 80401__

You are hereby summoned and required to appear before __Tyler Pringle__
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

1) Complete listing of all licenses held for the period of January 1 2016 - December 31 2016 for Steven Hickox.

Do not write in this space

Business address and telephone number of IRS officer before whom you are to appear:
12600 W. Colfax Ave #C300; MS:4436TP; Lakewood, Colorado, 80215   Phone- 720-956-4654   eFax- 888-366-6957

Place and time for appearance at __12600 W. Colfax Ave #C300   Lakewood, Colorado, 80215__

IRS

www.irs.gov

Department of the Treasury
Internal Revenue Service

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

on the _____ 20th _____ day of _____ February _____ 2018 _____ at _____ 9 _____ o'clock _____ a _____ m.
                                                                        (year)
Issued under authority of the Internal Revenue Code this _24th_ day of _____ January _____ 2018
                                                                                              (year)

Signature of issuing officer

Internal Revenue Agent
                    Title

Signature of approving officer (if applicable)

Group Manager
                    Title

Part C — to be given to noticee