# Summons

In the matter of Medicinal Welnness Center LLC

Internal Revenue Service (Division): Small Business/Self-Employed

Industry/Area (name or number): Western Area

Periods: Calendar year ending December 31 2016.

## The Commissioner of Internal Revenue

To: Colorado Department of Revenue; Marijuana Enforcement Division; ATNN: Julie Postlethwait

At: 1697 Cole Blvd Suite 200 Lakewood, CO 80401

You are hereby summoned and required to appear before Tyler Pringle

an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

1) Complete listing of all licenses held for the period of January 1 2016 - December 31 2016 for Medicinal Wellness Center LLC.

2) Copy of METRC Annual Gross Sales Report for Medicinal Wellness Center LLC for the taxable year ended December 31, 2016.

3) Copy of METRIC transfer reports for the period of 1/1/2016 - 12/31/2016 for Medicinal Wellness Center LLC.

4) Copy of METRIC annual harvest reports for the period of 1/1/2016 - 12/31/2016 for Medicinal Wellness Center LLC.

5) Copy of METRIC monthly plants inventory reports for the period of 1/1/2016 - 12/31/2016, for Medicinal Wellness Center LLC.

## Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**

12600 W. Colfax Ave #C300; MS:4436TP; Lakewood, Colorado, 80215   Phone- 720-956-4654   eFax- 888-366-6957

Place and time for appearance at 12600 W. Colfax Ave #C300   Lakewood, Colorado, 80215

**IRS**

| on the | 20th | day of | February | 2018 | at | 9 | o'clock | a | m. |

Issued under authority of the Internal Revenue Code this 24th *(year)* day of ___ January ___ , 2018 *(year)*

Department of the Treasury
Internal Revenue Service

www.irs.gov

Signature of issuing officer

Internal Revenue Agent
Title

Group Manager

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

Signature of approving officer (if applicable)

Title

Part C — to be given to noticee

## EXHIBIT 2

 # Summons

In the matter of  Medicinal Oasis LLC

Internal Revenue Service (Division):  Small Business/Self-Employed

Industry/Area (name or number):  Western Area

Periods: Calendar year ending  December 31 2016.

## The Commissioner of Internal Revenue

To: Colorado Department of Revenue; Marijuana Enforcement Division; ATNN: Julie Postlethwait

At: 1697 Cole Blvd Suite 200 Lakewood, CO 80401

You are hereby summoned and required to appear before  Tyler Pringle
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

1) Complete listing of all licenses held for the period of January 1 2016 - December 31 2016 for Medicinal Oasis LLC.
2) Copy of METRC Annual Gross Sales Report for Medicinal Oasis LLC for the taxable year ended December 31, 2016.
3) Copy of METRIC transfer reports for the period of 1/1/2016 - 12/31/2016 for Medicinal Oasis LLC.
4) Copy of METRIC annual harvest reports for the period of 1/1/2016 - 12/31/2016 for Medicinal Oasis LLC.
5) Copy of METRIC monthly plants inventory reports for the period of 1/1/2016 - 12/31/2016, for Medicinal Oasis LLC.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

12600 W. Colfax Ave #C300; MS:4436TP; Lakewood, Colorado, 80215  Phone- 720-956-4654   eFax- 888-366-6957

**Place and time for appearance at** 12600 W. Colfax Ave #C300   Lakewood, Colorado, 80215

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| on the | 20th | day of | February | 2018 | at | 9 | o'clock | a  m. |

Issued under authority of the Internal Revenue Code this  24th  *(year)* day of  January  ,  2018  .
                                                                                                 *(year)*

Department of the Treasury
**Internal Revenue Service**

www.irs.gov

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

Signature of issuing officer

Signature of approving officer *(if applicable)*

Internal Revenue Agent
Title

Group Manager
Title

**Part C — to be given to noticee**

**EXHIBIT 2**

 # **Summons**

In the matter of __Michael Aragon & Judy Aragon__

Internal Revenue Service (Division): __Small Business/Self-Employed__

Industry/Area (name or number): __Western Area__

Periods: __Calendar year ending December 31 2016.__

## The Commissioner of Internal Revenue

To: __Colorado Department of Revenue; Marijuana Enforcement Division; ATNN: Julie Postlethwait__

At: __1697 Cole Blvd Suite 200 Lakewood, CO 80401__

You are hereby summoned and required to appear before __Tyler Pringle__
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

1) Complete listing of all licenses held for the period of January 1 2016 - December 31 2016 for Michael Aragon and Judy Aragon.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
12600 W. Colfax Ave #C300; MS:4436TP; Lakewood, Colorado, 80215   Phone- 720-956-4654   eFax- 888-366-6957

**Place and time for appearance at** 12600 W. Colfax Ave #C300   Lakewood, Colorado, 80215

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **IRS** | on the __20th__ | day of | __February__ | __2018__ *(year)* | at | __9__ | o'clock | __a__ | m. |
| | Issued under authority of the Internal Revenue Code this __24th__ | | *(year)* day of | __January__ | | | | __2018__ *(year)* | |

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

Signature of issuing officer

Signature of approving officer (if applicable)

Internal Revenue Agent
Title

Group Manager
Title

**Part C — to be given to noticee**

**EXHIBIT 2**

 # Summons

In the matter of  Steven Hickox

Internal Revenue Service (Division):  Small Business/Self-Employed

Industry/Area (name or number):  Western Area

Periods: Calendar year ending December 31 2016.

## The Commissioner of Internal Revenue

To: Colorado Department of Revenue; Marijuana Enforcement Division; ATNN: Julie Postlethwait

At: 1697 Cole Blvd Suite 200 Lakewood, CO 80401

You are hereby summoned and required to appear before  Tyler Pringle
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

1) Complete listing of all licenses held for the period of January 1 2016 - December 31 2016 for Steven Hickox.

## Do not write in this space

Business address and telephone number of IRS officer before whom you are to appear:

12600 W. Colfax Ave #C300; MS:4436TP; Lakewood, Colorado, 80215   Phone- 720-956-4654   eFax- 888-366-6957

Place and time for appearance at 12600 W. Colfax Ave #C300   Lakewood, Colorado, 80215

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| on the | 20th | day of | February | 2018 | at | 9 | o'clock | a | m. |
| Issued under authority of the Internal Revenue Code this | 24th | | day of *(year)* | | January | | | 2018 *(year)* | | |

**IRS**

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

Signature of issuing officer

Signature of approving officer (if applicable)

Internal Revenue Agent
Title

Group Manager
Title

Part C — to be given to noticee

## EXHIBIT 2