| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service **Information Document Request** | Request Number 0002 |
|---|---|---|

| To: (Name of Taxpayer and Company Division or Branch) MICHAEL A ARAGON & JUDY L ARAGON | Subject IDR #2 | |
|---|---|---|
| | SAIN number | Submitted to: MICHAEL A ARAGON & JUDY L ARAGON |
| Please return Part 2 with listed documents to requester identified below | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201612

1. All K-1's received for 2016.

2. Please explain why you did not report any income received from any of your flow-through entities for 2016.

---

Information due by  11/30/2017         At next appointment [X]    Mail in [ ]

From:
Name and Title of Requester: Tyler Pringle, Revenue Agent
Employee ID number: 1000359746
Date (mmddyyyy): 11/21/2017
Office Location: 12600 W. Colfax Ave #C300
Mailstop 4127-TP
Lakewood, CO 80215
Phone: 720-956-4654
Fax: 888-366-6957

Catalog Number 23145K    www.irs.gov    Part 1 - Taxpayer's File Copy    Form **4564** (Rev. 9-2006)

**EXHIBIT 12**