

# DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
12600 W. Colfax Ave #C300
Mail stop 4436TP
Lakewood CO 80215

Date: 1/23/2018

Taxpayer Identification Number:

Tax Year:
  2014, 2015, 2016
Form Number:
  1065

Medicinal Wellness Center LLC
2602 S. Linden Ct.
Denver CO 80222

Person To Contact:
  Tyler Pringle
Employee Identification Number:
  1000359746
Contact Telephone Number:
  720-956-4654
Fax Number:
  888-366-6957

Dear Medicinal Wellness Center LLC:

In response to your letter dated 1/11/2018, I submitted your request for immunity to IRS counsel, who then spoke with the US attorney's office. They do not wish to enter into an immunity agreement. If you have any questions please let me know.

Sincerely,

Tyler Pringle
Revenue Agent

**EXHIBIT 17**



**DEPARTMENT OF THE TREASURY**

INTERNAL REVENUE SERVICE
12600 W. Colfax Ave #C300
Mail stop 4436TP
Lakewood CO 80215

Date: 1/23/2018

Taxpayer Identification Number:

Tax Year:
 2014, 2015, 2016
Form Number:
 1065

Medicinal Oasis LLC
2602 S. Linden Ct.
Denver CO 80222

Person To Contact:
 Tyler Pringle
Employee Identification Number:
 1000359746
Contact Telephone Number:
 720-956-4654
Fax Number:
 888-366-6957

Dear Medicinal Oasis LLC:

In response to your letter dated 1/11/2018, I submitted your request for immunity to IRS counsel, who then spoke with the US attorney's office. They do not wish to enter into an immunity agreement. If you have any questions please let me know.

Sincerely,

Tyler Pringle
Revenue Agent

**EXHIBIT 17**



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
12600 W. Colfax Ave #C300
Mail stop 4436TP
Lakewood CO 80215

Date: 1/23/2018

Michael A & Judy L Aragon
2602 S. Linden Ct.
Denver CO 80222

Taxpayer Identification Number:

Tax Year:
 2014, 2015, 2016
Form Number:
 1065
Person To Contact:
 Tyler Pringle
Employee Identification Number:
 1000359746
Contact Telephone Number:
 720-956-4654
Fax Number:
 888-366-6957

Dear Michael A & Judy L Aragon:

In response to your letter dated 1/11/2018, I submitted your request for immunity to IRS counsel, who then spoke with the US attorney's office. They do not wish to enter into an immunity agreement. If you have any questions please let me know.

Sincerely,

Tyler Pringle
Revenue Agent

**EXHIBIT 17**