# Nos. 17-2083 & 17-2095

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

**HIGH DESERT RELIEF, INC.,**
a New Mexico Non-Profit Corporation,

Plaintiff-Appellant

v.

**UNITED STATES OF AMERICA,**
through its agency the Internal Revenue Service,

Defendant-Appellee

### ORAL ARGUMENT REQUESTED

ON APPEAL FROM THE ORDERS OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
Nos. 1:16-CV-469 & 1:16-cv-816
JUDGE CHRISTINA ARMIJO
No. 1:16-cv-1255
JUDGE WILLIAM P. JOHNSON

### BRIEF FOR THE APPELLEE

DAVID A. HUBBERT
  *Acting Assistant Attorney General*

| | |
|---|---|
| GILBERT S. ROTHENBERG | (202) 514-3361 |
| MICHAEL J. HAUNGS | (202) 514-4343 |
| PATRICK J. URDA | (202) 307-0201 |

  *Attorneys, Tax Division*
  *Department of Justice*
  *Post Office Box 502*
  *Washington, D.C. 20044*

*Of Counsel:*
ROBERT C. TROYER
*Acting United States Attorney*

**EXHIBIT 20**

1110183 1

-47-

furnished for this civil audit, and not to support the IRS's determination that the Taxpayer's business consists of illegal activities." (App. 438–39, *quoting* App. 79.) This condition was neither lawful nor practicable. First, as the District Court explained (App. 439), the IRS could not agree to such a condition, because I.R.C. § 6103(i) requires the IRS to turn over documents received from taxpayers to other federal agencies in certain circumstances. Moreover, High Desert's condition was a plain attempt to preclude the IRS's investigation as to Section 280E, which bars deductions and credits from businesses that consist of trafficking in a controlled substances "prohibited by Federal law or the law of any State in which such trade or business is conducted." If the IRS had agreed to High Desert's proposal, it ostensibly would not have been able to use any of the documents it obtained to determine the applicability of Section 280E. The IRS was under no obligation to circumscribe its examination – or to ignore statutory complications – in order to obtain relevant documents.[10]

---

[10] It should be further noted that even if High Desert had provided its own copies of summoned records, the Government would still be entitled to summon those same documents from the original sources in order to compare them and ensure their accuracy. *E.g., Liberty Fin.*
(continued…)

1110183 1

**EXHIBIT 20**