IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-mc-00031-PAB

Medicinal Wellness Center, LLC, a
Colorado limited liability company;
Medicinal Oasis, LLC, a Colorado limited
liability company; Michael Aragon, an
individual; Judy Aragon, an individual;
Steven Hickox, an individual,

Petitioners,

v.

UNITED STATES OF AMERICA,
through its agency the INTERNAL
REVENUE SERVICE,

Respondent.
_____

**PETITIONERS' RESPONSE TO RESPONDENT'S MOTION TO DISMISS**
_____

PETITIONERS, Medicinal Wellness Center, LLC, a Colorado limited liability company, Medicinal Oasis, LLC, a Colorado limited liability company, Michael Aragon, an individual, Judy Aragon, an individual, and Steven Hickox, an individual, by and through their undersigned attorneys, submit the following response to Respondent's Motion to Dismiss:

Concurrently with this Response, the Petitioners have filed an Amended Petition to Quash. This amended pleading is of right and timely under Fed.R.Civ.P. 15. Thus, this amended petition moots Respondent's motion and no response is necessary. See, e.g., *Barnes v. District of Columbia,* 42 F.Supp. 3d 111, n.1 (D. DC 2014).

**WHEREFORE**, the Petitioners request that the Court DENY the Motion to Dismiss as moot without prejudice to the Respondent filing a motion to dismiss of the amended petition.

**DATED**: May 8, 2018

Respectfully submitted,

THORBURN WALKER, LLC

*/s/ James D. Thorburn*
James D. Thorburn
Attorney for the Petitioners
5460 South Quebec Street, Suite 310
Greenwood Village, CO 80111
(303) 646-3482
jthorburn@thorburnwalker.com

*/s/ Richard Walker*
Richard Walker
Attorney for the Petitioners
5460 South Quebec Street, Suite 310
Greenwood Village, CO 80111
(303) 646-3482
rwalker@thorburnwalker.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 8, 2018, I electronically filed the above and foregoing using the CM/ECF system which will send notification to the following email address:

Charles J. Butler
Trial Attorney, Tax Division
U. S. Department of Justice
P.O. Box 683
Washington, DC 20044

                                                  s/ James D. Thorburn