IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-mc-00031-PAB

MEDICINAL WELLNESS CENTER, LLC, a Colorado limited liability company,
MEDICINAL OASIS, LLC, a Colorado limited liability company,
MICHAEL ARAGON, an individual,
JUDY ARAGON, an individual, and
STEVEN HICKOX, an individual,

    Petitioners,

v.

UNITED STATES OF AMERICA, through its agency the Internal Revenue Service,

    Respondent.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the United States' Motion to Dismiss Petition and Enforce Summonses [Docket No. 7]. On May 8, 2018, petitioners filed an Amended Petition to Quash Summonses [Docket No. 8] as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1). Thus, the Amended Petition became the operative pleading in this action, and the Motion to Dismiss [Docket No. 7] is directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted). As such, the motion to dismiss is moot. It is

    **ORDERED** that the United States' Motion to Dismiss Petition and Enforce Summonses [Docket No. 7] is denied as moot.

    DATED May 9, 2018.