

# Summons

In the matter of: Medicinal Welnness Center LLC
Internal Revenue Service (Division): Small Business/Self-Employed
Industry/Area (name or number): Western Area
Periods: Calendar year ending December 31 2016.

## The Commissioner of Internal Revenue

To: Colorado Department of Revenue; Marijuana Enforcement Division; ATNN: Julie Postlethwait
At: 1697 Cole Blvd Suite 200 Lakewood, CO 80401

You are hereby summoned and required to appear before **Tyler Pringle** an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

1) Complete listing of all licenses held for the period of January 1 2016 - December 31 2016 for Medicinal Wellness Center LLC.
2) Copy of METRC Annual Gross Sales Report for Medicinal Wellness Center LLC for the taxable year ended December 31, 2016.
3) Copy of METRIC transfer reports for the period of 1/1/2016 - 12/31/2016 for Medicinal Wellness Center LLC.
4) Copy of METRIC annual harvest reports for the period of 1/1/2016 - 12/31/2016 for Medicinal Wellness Center LLC.
5) Copy of METRIC monthly plants inventory reports for the period of 1/1/2016 - 12/31/2016, for Medicinal Wellness Center LLC.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
12600 W. Colfax Ave #C300; MS:4436TP; Lakewood, Colorado, 80215   Phone- 720-956-4654   eFax- 888-366-6957

Place and time for appearance at 12600 W. Colfax Ave #C300  Lakewood, Colorado, 80215

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

on the _20th_ day of _February_ , _2018_ at _9_ o'clock _a_ m.
Issued under authority of the Internal Revenue Code this _24th_ (year) day of _January_ , _2018_ (year)

Signature of issuing officer
Signature of approving officer (if applicable)

Internal Revenue Agent
Title
Group Manager
Title

Part C — to be given to noticee

**EXHIBIT 2**



# Summons

In the matter of: Medicinal Oasis LLC
Internal Revenue Service (Division): Small Business/Self-Employed
Industry/Area (name or number): Western Area
Periods: Calendar year ending December 31 2016.

## The Commissioner of Internal Revenue

To: Colorado Department of Revenue; Marijuana Enforcement Division; ATNN: Julie Postlethwait
At: 1697 Cole Blvd Suite 200 Lakewood, CO 80401

You are hereby summoned and required to appear before Tyler Pringle an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

1) Complete listing of all licenses held for the period of January 1 2016 - December 31 2016 for Medicinal Oasis LLC.
2) Copy of METRC Annual Gross Sales Report for Medicinal Oasis LLC for the taxable year ended December 31, 2016.
3) Copy of METRIC transfer reports for the period of 1/1/2016 - 12/31/2016 for Medicinal Oasis LLC.
4) Copy of METRIC annual harvest reports for the period of 1/1/2016 - 12/31/2016 for Medicinal Oasis LLC.
5) Copy of METRIC monthly plants inventory reports for the period of 1/1/2016 - 12/31/2016, for Medicinal Oasis LLC.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
12600 W. Colfax Ave #C300; MS:4436TP; Lakewood, Colorado, 80215   Phone- 720-956-4654   eFax- 888-366-6957

Place and time for appearance at 12600 W. Colfax Ave #C300 Lakewood, Colorado, 80215

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

on the 20th day of February 2018 at 9 o'clock a m.
Issued under authority of the Internal Revenue Code this 24th day of January, 2018.

Signature of issuing officer
Signature of approving officer (if applicable)

Internal Revenue Agent
Title
Group Manager
Title

Part C — to be given to noticee

**EXHIBIT 2**



# Summons

In the matter of Michael Aragon & Judy Aragon
Internal Revenue Service (Division): Small Business/Self-Employed
Industry/Area (name or number): Western Area
Periods: Calendar year ending December 31 2016.

## The Commissioner of Internal Revenue

To: Colorado Department of Revenue; Marijuana Enforcement Division; ATNN: Julie Postlethwait
At: 1697 Cole Blvd Suite 200 Lakewood, CO 80401

You are hereby summoned and required to appear before Tyler Pringle an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

1) Complete listing of all licenses held for the period of January 1 2016 - December 31 2016 for Michael Aragon and Judy Aragon.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
12600 W. Colfax Ave #C300; MS:4436TP; Lakewood, Colorado, 80215   Phone- 720-956-4654   eFax- 888-366-6957

Place and time for appearance at 12600 W. Colfax Ave #C300  Lakewood, Colorado, 80215

**IRS**

on the 20th day of February 2018 at 9 o'clock a m.
Issued under authority of the Internal Revenue Code this 24th day of January, 2018

Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

Signature of issuing officer — Internal Revenue Agent / Title
Signature of approving officer (if applicable) — Group Manager / Title

Part C — to be given to noticee

**EXHIBIT 2**

# Summons



In the matter of  Steven Hickox
Internal Revenue Service (Division): Small Business/Self-Employed
Industry/Area (name or number): Western Area
Periods: Calendar year ending December 31 2016.

## The Commissioner of Internal Revenue

To: Colorado Department of Revenue; Marijuana Enforcement Division; ATNN: Julie Postlethwait
At: 1697 Cole Blvd Suite 200 Lakewood, CO 80401

You are hereby summoned and required to appear before Tyler Pringle an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

1) Complete listing of all licenses held for the period of January 1 2016 - December 31 2016 for Steven Hickox.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
12600 W. Colfax Ave #C300; MS:4436TP; Lakewood, Colorado, 80215   Phone- 720-956-4654   eFax- 888-366-6957

Place and time for appearance at 12600 W. Colfax Ave #C300   Lakewood, Colorado, 80215

**IRS**

on the 20th day of February 2018 at 9 o'clock a m.
Issued under authority of the Internal Revenue Code this 24th day of January 2018

Department of the Treasury
Internal Revenue Service
www.irs.gov

Signature of issuing officer
Signature of approving officer (if applicable)

Internal Revenue Agent
Title
Group Manager
Title

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

Part C — to be given to noticee

**EXHIBIT 2**