| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service **Information Document Request** | Request Number 0004 |
|---|---|---|
| To: *(Name of Taxpayer and Company Division or Branch)* Medicinal Wellness Center LLC | Subject IDR #4 | |
| | SAIN number | Submitted to: |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201412; 201512

1. Please provide where your debt written off from Medicinal Oasis LLC was reported in your income.
2. Please provide receipts and invoices for the following expense accounts for 2014:
    a. New Books:
        i. 5000 COGS in the amount of $273,638.
        ii. 5060 Parts and Supplies in the amount of $32,903.
        iii. 6148 Professional Services in the amount of $257,673.
        iv. 6149 Rent Expense in the amount of $368,648, including copies of rental or lease agreements.
        v. 6150 Repairs in the amount of $215,093.
        vi. 6220 Utilities in the amount of $108,990.
        vii. 9030 Interest Expense in the amount of $245,832 including loan documents and loan repayment schedules.
    b. Old Books:
        i. 5000 COGS in the amount of $476,484.
        ii. 5060 Parts and Supplies in the amount of $14,469.
        iii. 6148 Professional Services in the amount of $7,846.
        iv. 6149 Rent Expense in the amount of $69,823 including copies of rental or lease agreements.
        v. 6150 Repairs in the amount of $2,847.
        vi. 6220 Utilities in the amount of $117,267.

Information due by   12/28/2017          At next appointment  [X]     Mail in [ ]

| From: | Name and Title of Requester Tyler Pringle, Revenue Agent | Employee ID number 1000359746 | Date (mmddyyyy) 12/12/2017 |
|---|---|---|---|
| | Office Location:   12600 W. Colfax Ave #C300 Mailstop 4127-TP Lakewood, CO 80215 | | Phone: 720-956-4654 Fax: 888-366-6957 |

Catalog Number 23145K        www.irs.gov        Part 1 - Taxpayer's File Copy        Form **4564** (Rev. 9-2006)

**EXHIBIT 6**

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service **Information Document Request** | Request Number 0004 |
|---|---|---|
| To: (Name of Taxpayer and Company Division or Branch) Medicinal Wellness Center LLC | Subject IDR #4 | |
| | SAIN number | Submitted to: |
| Please return Part 2 with listed documents to requester identified below | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201412; 201512

      vii. 9030 Interest Expense in the amount of $2,501 including loan documents and loan repayment schedules.

3. Please provide receipts and invoices for the following expense accounts for 2015:

      i. 5000 COGS in the amount of $1,381,304.

      ii. 5060 Parts and Supplies in the amount of $261,089.

      iii. 6148 Professional Services in the amount of $327,169.55.

      iv. 6149 Rent Expense in the amount of $495,058.

      v. 6150 Repairs in the amount of $765,532 including rental or lease agreements.

      vi. 6220 Utilities in the amount of $343,318.

      vii. 9030 Interest Expense in the amount of $57,032 including loan documents and loan repayment schedules.

| Information due by 12/28/2017 | At next appointment [X]   Mail in [ ] | |
|---|---|---|
| **From:** | Name and Title of Requester Tyler Pringle, Revenue Agent | Employee ID number 1000359746 | Date (mmddyyyy) 12/12/2017 |
| | Office Location: 12600 W. Colfax Ave #C300 Mailstop 4127-TP Lakewood, CO 80215 | Phone: 720-956-4654 Fax: 888-366-6957 |

Catalog Number 23145K    www.irs.gov    Part 1 - Taxpayer's File Copy    Form **4564** (Rev. 9-2006)

**EXHIBIT 6**