| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0002 |
|---|---|---|

| To: (Name of Taxpayer and Company Division or Branch)<br>Medicinal Oasis LLC<br><br>*Please return Part 2 with listed documents to requester identified below* | Subject<br>IDR #2 | |
|---|---|---|
| | SAIN number | Submitted to: |
| | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201412; 201512

1. Provide receipts and invoices for the following expense accounts for 2014:
   a. 5000 Cost of Goods Sold in the amount of $625,850.
   b. 6149 Rent Expense in the amount of $204,615, and copies of all rental or lease agreements.
   c. 6150 Repairs in the amount of $93,720.
   d. 6220 Utilities in the amount of $173,604.

2. Provide receipts and invoices for the following expense accounts for 2015:
   a. 5000 Cost of Goods Sold in the amount of $830,302.
   b. 5060 Parts and Supplies in the amount of $216,432.
   c. 6019 Bad Debt in the amount of $1,168,891.
      i. Please explain why the debt of $1,168,891 is being written off as a business expense.
      ii. Since this appears to be cancelling the debt of a related party, please show where the related party reported the cancellation of debt income
   d. 6149 Rent Expense in the amount of $250,568, and copies of all rental or lease agreements.
   e. 6150 Repairs in the amount of $225,265.
   f. 6220 Utilities in the amount of $87,646.

Information due by   12/28/2017        At next appointment  [X]    Mail in  [ ]

| From: | Name and Title of Requester<br>Tyler Pringle, Revenue Agent | Employee ID number<br>1000359746 | Date (mmddyyyy)<br>12/12/2017 |
|---|---|---|---|
| | Office Location:   12600 W. Colfax Ave #C300<br>Mailstop 4127-TP<br>Lakewood, CO 80215 | | Phone: 720-956-4654<br>Fax: 888-366-6957 |

Catalog Number 23145K      www.irs.gov      Part 1 - Taxpayer's File Copy      Form **4564** (Rev. 9-2006)

**EXHIBIT 9**