## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:18-mc-00030-PAB

CSW CONSULTING, Inc., a Colorado corporation;
COLORADO COLITAS, LLC, d/b/a HERBAL
REMEDIES, a Colorado limited liability company;
and CARL S. WEMHOFF,

        Petitioners,

        v.

UNITED STATES OF AMERICA,

        Respondent.

---

## NOTICE OF RELATED CASES

---

In accordance with D.C.COLO.LCivR 3.2, the United States hereby provides notice of potentially related actions pending in the United States District Court for the District of Colorado. The captions for the other cases potentially related to this case are as follows:[1]

1. *The Green Solution Retail, Inc. et al. v. United States*, No. 1:16-mc-00137-PAB

2. *Green Solution, LLC, et al. v. United States*, No 1:16-mc-00167-PAB

3. *Nutritional Elements, Inc. v. United States*, No. 1:16-mc-00188-PAB

4. *Eric Speidell v. United States*, No. 1:16-mc-00162-PAB

5. *Colorado's Best v. United States*, No. 1:17-mc-00154-RBJ

6. *Standing Akimbo, LLC, et al. v. United States*, No. 1:17-mc-00169-WJM

7. *Medicinal Wellness Center, LLC, et al. v. United States*, No. 1:17-mc-00170-PAB

---

[1] This list includes only those cases in which the District Court has not rendered a decision. The Court has rendered decisions in several other related cases.

**EXHIBIT 22**

Notice is appropriate because these actions have common facts and claims, have at least one party in common, and were filed by the same attorneys. Duplication of labor might result if different District or Magistrate Judges hear the actions.

Specifically, all of the cases listed above, as well as the instant case, began as petitions to quash IRS summonses issued in connection with audits of marijuana businesses in Colorado. The United States is a common party in each of these actions. The first two cases involve businesses that are part of the same business group owned and/or operated by Eric Speidell, the petitioner in the fourth case, along with other business partners. Though the remaining cases involve different entities, the same attorneys filed them, and they raise many of the same claims as the other cases.[2]

Dated: March 20, 2018

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6062
Charles.J.Butler@usdoj.gov

*Of Counsel:*
ROBERT C. TROYER
United States Attorney

*Attorneys for United States of America*

---

[2] The United States previously classified the fourth case as only "potentially related" because it raises some unique arguments and presents unique jurisdictional issues. The Court ultimately treated the fourth case as a "related case" under local rules, and reassigned it to the same judge hearing the other three cases.

**EXHIBIT 22**

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2018, I filed the foregoing with the Clerk of the Court

using the CM/ECF system, which will provide electronic notice to the following:

James David Thorburn (jthorburn@thorburnwalker.com)
Richard Allan Walker (rwalker@thorburnwalker.com)
Thorburn Walker LLC
5460 South Quebec Street, Suite 330
Greenwood Village, Colorado 80111

*Counsel for Petitioners*

/s/ Charles J. Butler
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice

**EXHIBIT 22**