**Taxpayer Name:**                                   **Examiner:**

**TIN:**
**Tax Form:**        1120S                     **Date:**        09/07/2017
                                                                 2/21/2018
**Tax Year (s):**    201412, 201512

| 401 - Purchases Lead Sheet |
|---|

METRC data does not track purchases other than tracking the amount of marijuana product transferred in, this report only tracks the amounts, not the costs; therefore, there are no verification in METRC's to support any COGS.

**ISSUE:**

**CONCLUSION:**

401 - Purchases Lead Sheet                    Workpaper #    401        -1.3
Rev. 9/2005

**EXHIBIT 24**