IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:18-mc-00031-PAB

MEDICINAL WELLNESS CENTER, LLC, a
Colorado Limited Liability Company;
MEDICINAL OASIS, LLC, a Colorado Limited
Liability Company; MICHAEL ARAGON; JUDY
ARAGON; and STEVEN HICKOX,

      Petitioners,

      v.

UNITED STATES OF AMERICA,

      Respondent.

**UNITED STATES' UNOPPOSED MOTION TO EXCEED PAGE LIMIT WITH RESPECT TO MOTION TO DISMISS AMENDED PETITION AND ENFORCE SUMMONSES**

The United States moves for permission to exceed, by ten pages, the 15-page limit applicable to motions, set forth in section III.A. of the Court's Practice Standards. The United States seeks this relief with respect to its forthcoming response to Petitioners' 35-page Amended Petition. The United States intends to file a Motion to Dismiss Amended Petition and Enforce Summonses, which, if the Court permits, will not exceed 25 pages. Pursuant to D.C.COLO. LCivR 7.1(b), counsel for the United States has conferred with counsel for Petitioners, who do not oppose the relief sought here.

In support of this motion, the United States avers as follows:

1.      On February 13, 2018, Petitioners filed their original Petition to Quash Summonses. The Petition seeks to quash summonses the IRS issued in connection with the audits of businesses that traffic in marijuana, which is a federally controlled substance, and the

1

businesses' owners.  Petitioners' effort is part of an ongoing campaign to prevent the IRS from enforcing 26 U.S.C. § 280E, which denies tax deductions associated with trafficking in controlled substances.

2. The Petition consisted of 26 pages.  It made several arguments in both the factual and argument sections, including statutory, constitutional, and procedural arguments, and cited a variety of cases.  To respond to the Petition in a comprehensive manner, therefore, the United States moved to exceed the 15-page limit by five pages with respect to its Motion to Dismiss Petition and Enforce Summonses.  (Doc. 5.)  On April 16, 2018, the Court granted the United States' motion to exceed the page limit.  (Doc. 6.)

3. On April 17, 2018, the United States filed its Motion to Dismiss Petition and Enforce Summonses (Doc. 7), which consisted of 20 pages.

4. On May 8, 2018, rather than respond to the United States' motion, Petitioners filed an Amended Petition.  (Doc. 8.)  The Amended Petition now consists of 35 pages.  It makes precisely the same arguments as the original petition, but also includes at least two new, significant arguments.  Moreover, the Amended Petition essentially functions as a motion to quash the IRS summonses.  Petitioners thus used 35 pages to state their arguments for seeking that relief.  Through these arguments, Petitioners challenge the IRS's broad information-gathering authority under 26 U.S.C. § 7602.  They seek to establish a precedent that would have far-reaching consequences.

5. The United States thus needs to address each of the arguments Petitioners make in their Amended Petition.  To do so, even in the most succinct manner, through a comprehensive brief that concisely states the relevant background, including the standard on a motion to enforce summonses, the United States needs an additional ten pages beyond the Court's 15-page limit for

such motions.  That extension would give the United States 25 pages to respond to Petitioners' 35-page Amended Petition.

WHEREFORE, the United States respectfully requests permission to exceed the 15-page limit by ten pages with respect to its forthcoming Motion to Dismiss Amended Petition and Enforce Summonses, which would not exceed 25 pages.

Dated:  May 15, 2018

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

*Of Counsel:*
ROBERT C. TROYER
United States Attorney

*Attorneys for United States of America*

3

CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2018, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to the following:

James David Thorburn (jthorburn@thorburnwalker.com)
Richard Allan Walker (rwalker@thorburnwalker.com)
Thorburn Walker LLC
5460 South Quebec Street, Suite 330
Greenwood Village, Colorado 80111

*Counsel for Petitioners*

/s/ *Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice

4