# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-mc-00031-PAB

MEDICINAL WELLNESS CENTER, LLC, a Colorado Limited Liability Company;
MEDICINAL OASIS, LLC, a Colorado Limited Liability Company;
MICHAEL ARAGON, an individual;
JUDY ARAGON, an individual; and,
STEVEN HICKOX, an individual.

Petitioners,

    v.

UNITED STATES OF AMERICA, through its agency the Internal Revenue Service,

Respondent.

---

## NOTICE OF APPEAL
---

Notice is hereby given that Petitioners in the above-named case, Medicinal Wellness Center, LLC, a Colorado limited liability company, Medicinal Oasis, LLC, a Colorado limited liability company, Michael Aragon, Judy Aragon, and Steven Hickox, appeal to the United States Court of Appeals for the Tenth Circuit from the Order dismissing Petitioners' Amended Petition to Quash and granting the United States' Motion to Dismiss Amended Petition and Enforce Summonses, entered in this action on April 24, 2019 [Doc. 18].

Dated: June 17, 2019        Respectfully submitted:

                                          *James D. Thorburn*
                                          James D. Thorburn
                                          Thorburn Walker LLC
                                          Attorney for the Petitioners
                                          5460 South Quebec Street, Suite 310
                                          Greenwood Village, Colorado 80111
                                          (303) 646-3482
                                          jthorburn@thorburnwalker.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019, I electronically filed a true and correct copy of the foregoing using the CM/ECF system which will send notification to such filing to the following e-mail addresses:

Charles J. Butler
U.S. Department of Justice
P.O. Box 683
Tax Division
Ben Franklin Station
Washington, DC 20044-0683
Email: Charles.J.Butler@usdoj.gov

*/s/ James D. Thorburn*