APPEAL,TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:18-mc-00031-PAB

Medicinal Wellness Center, LLC et al v. USA  
Assigned to: Judge Philip A. Brimmer  
Cause: Civil Miscellaneous Case  

Date Filed: 02/13/2018  
Date Terminated: 04/24/2019  

**Petitioner**

**Medicinal Wellness Center, LLC**  
*a Colorado limited liability company*

represented by **James David Thorburn**  
Thornburn Walker, LLC  
5460 South Quebec Street  
Suite 330  
Greenwood Village, CO 80111  
303-646-3482  
Fax: 303-796-0899  
Email: jthorburn@thorburnwalker.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Richard Allan Walker**  
Thornburn Walker, LLC  
5460 South Quebec Street  
Suite 330  
Greenwood Village, CO 80111  
303-646-3482  
Email: rwalker@thorburnwalker.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Medicinal Oasis, LLC**  
*a Colorado limited liability company*

represented by **James David Thorburn**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Richard Allan Walker**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Michael Aragon**  
*an individual*

represented by **James David Thorburn**  
(See above for address)

|  |  |
|---|---|
|  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Richard Allan Walker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Judy Aragon**<br>*an individual* | represented by | **James David Thorburn**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard Allan Walker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Steven Hickox**<br>*an individual* | represented by | **James David Thorburn**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard Allan Walker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Respondent**

| | | |
|---|---|---|
| **USA**<br>*through its agency, the other*<br>Internal Revenue Service | represented by | **Charles J. Butler**<br>U.S. Department of Justice-DC-#683<br>P.O. Box 683<br>Tax Division<br>Ben Franklin Station<br>Washington, DC 20044-0683<br>202-514-6062<br>Fax: 202-307-0054<br>Email: Charles.J.Butler@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2018 | 1 | Petition to Quash Summonses by Petitioners Judy Aragon, Michael |

| | | |
|---|---|---|
| | | Aragon, Steven Hickox, Medicinal Oasis, LLC, Medicinal Wellness Center, LLC. Filing Fee $47.00; Receipt Number COX083685. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Civil Cover Sheet) (dbera, ) (Entered: 02/14/2018) |
| 02/13/2018 | 2 | Case assigned to Judge Christine M. Arguello. Text Only Entry (dbera, ) (Entered: 02/14/2018) |
| 02/13/2018 | 3 | DECLARATION of Judy Aragon regarding Petition to Quash Summonses 1 by Petitioner Judy Aragon. (dbera, ) (Entered: 02/14/2018) |
| 02/22/2018 | 4 | ORDER DIRECTING REASSIGNMENT. The Clerk of the Court shall reassign this to Judge Philip A Brimmer. All further filings in this action shall be docketed under Civil Action No. 18-mc- 00031-PAB. By Judge Christine M. Arguello on 02/22/2018. (athom, ) Modified on 2/22/2018 to correct title of order text (athom, ). (Entered: 02/22/2018) |
| 04/13/2018 | 5 | Unopposed MOTION for Leave to File Excess Pages *With Respect to Motion to Dismiss Petition and Enforce Summonses* by Respondent USA. (Butler, Charles) (Entered: 04/13/2018) |
| 04/16/2018 | 6 | MINUTE ORDER granting 5 Motion to Exceed Page Limit. The United States may file a motion to dismiss petition and enforce summonses not to exceed 20 pages. By Judge Philip A. Brimmer on 4/16/18. Text Only Entry (pabsec) (Entered: 04/16/2018) |
| 04/17/2018 | 7 | MOTION to Dismiss *Petition and Enforce Summonses* by Respondent USA. (Attachments: # 1 Affidavit, # 2 Exhibit)(Butler, Charles) (Entered: 04/17/2018) |
| 05/08/2018 | 8 | Amended Petition to Quash Summonses to 1 MOTION to Quash by Petitioners Judy Aragon, Michael Aragon, Steven Hickox, Medicinal Oasis, LLC, Medicinal Wellness Center, LLC (Attachments: # 1 Continuation of Main Document Declaration, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4, # 6 Exhibit Exhibit 5, # 7 Exhibit Exhibit 6, # 8 Exhibit Exhibit 7, # 9 Exhibit Exhibit 8, # 10 Exhibit Exhibit 9, # 11 Exhibit Exhibit 10, # 12 Exhibit Exhibit 11, # 13 Exhibit Exhibit 12, # 14 Exhibit Exhibit 13, # 15 Exhibit Exhibit 14, # 16 Exhibit Exhibit 15, # 17 Exhibit Exhibit 16, # 18 Exhibit Exhibit 17, # 19 Exhibit Exhibit 18, # 20 Exhibit Exhibit 19, # 21 Exhibit Exhibit 20, # 22 Exhibit Exhibit 21, # 23 Exhibit Exhibit 22, # 24 Exhibit Exhibit 23, # 25 Exhibit Exhibit 24)(Thorburn, James) Modified on 5/9/2018 to correct document title . (sphil, ). (Entered: 05/08/2018) |
| 05/08/2018 | 9 | RESPONSE to 7 MOTION to Dismiss *Petition and Enforce Summonses* filed by Petitioners Judy Aragon, Michael Aragon, Steven Hickox, Medicinal Oasis, LLC, Medicinal Wellness Center, LLC. (Thorburn, |

| | | |
|---|---|---|
| | | James) (Entered: 05/08/2018) |
| 05/09/2018 | 10 | MINUTE ORDER re: 8 Amended Petition to Quash Summonses. On or before May 11, 2018, petitioners shall file a notice that complies with D.C.COLO.LCivR 15.1(a). By Judge Philip A. Brimmer on 5/9/18. Text Only Entry (pabsec) (Entered: 05/09/2018) |
| 05/09/2018 | 11 | MINUTE ORDER by Judge Philip A. Brimmer on 05/09/2018, re: 7 The United States' Motion to Dismiss Petition and Enforce Summonses is denied as moot. (sphil, ) (Entered: 05/09/2018) |
| 05/11/2018 | 12 | Amended Petition to Quash Summonses re 11 Order on Motion to Dismiss by Petitioners Judy Aragon, Michael Aragon, Steven Hickox, Medicinal Oasis, LLC, Medicinal Wellness Center, LLC (Attachments: # 1 Continuation of Main Document, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25)(Thorburn, James) Modified on 5/14/2018 to correct title. (sphil, ). (Entered: 05/11/2018) |
| 05/15/2018 | 13 | Unopposed MOTION for Leave to File Excess Pages *With Respect to Motion to Dismiss Amended Petition and Enforce Summonses* by Respondent USA. (Butler, Charles) (Entered: 05/15/2018) |
| 05/16/2018 | 14 | MINUTE ORDER granting 13 Motion to Exceed Page Limit. The United States may file a motion to dismiss amended petition and enforce summonses not to exceed 25 pages. By Judge Philip A. Brimmer on 5/16/18. Text Only Entry (pabsec) (Entered: 05/16/2018) |
| 05/22/2018 | 15 | MOTION to Dismiss *Amended Petition and Enforce Summonses* by Respondent USA. (Attachments: # 1 Affidavit, # 2 Exhibit)(Butler, Charles) (Entered: 05/22/2018) |
| 06/12/2018 | 16 | RESPONSE to 15 MOTION to Dismiss *Amended Petition and Enforce Summonses* filed by Petitioners Judy Aragon, Michael Aragon, Steven Hickox, Medicinal Oasis, LLC, Medicinal Wellness Center, LLC. (Thorburn, James) (Entered: 06/12/2018) |
| 06/26/2018 | 17 | REPLY to Response to 15 MOTION to Dismiss *Amended Petition and Enforce Summonses* filed by Respondent USA. (Butler, Charles) (Entered: 06/26/2018) |
| 04/24/2019 | 18 | ORDER dismissing 12 Amended Petition to Quash Summonses by Chief Judge Philip A. Brimmer on 4/24/19. 15 Motion to Dismiss Amended Petition and Enforce Summonses is granted. (dkals, ) (Entered: 04/25/2019) |
| 06/17/2019 | 19 | NOTICE OF APPEAL as to 18 Order on Motion to Dismiss by Petitioners Judy Aragon, Michael Aragon, Steven Hickox, Medicinal Oasis, LLC, Medicinal Wellness Center, LLC (Filing fee $ 505, Receipt Number 1082- |

| | | 6745865) (Thorburn, James) (Entered: 06/17/2019) |